FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 OCT 10 AM 11: 23

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. CR496-063 |
| | ) | |
| MARVIN DONNELL KELLEY, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Before the Court is Defendant Marvin Donnell Kelley's Motion for Termination of Supervised Release. (Doc. 200.) In the motion, Defendant requests that this Court terminate his term of supervised release and requests an evidentiary hearing. (Id. at 1.) However, jurisdiction over this criminal case was transferred to the Honorable James R. Spencer of the Eastern District of Virginia. (Doc. 199.) Therefore, the Court is precluded from entertaining Defendant's motion. In addition, an evidentiary hearing is not required on this motion, contrary to Defendant's misquoting of the statute. Accordingly, Defendant's motion is **DENIED**.

SO ORDERED this 10th day of October 2012.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA